443 F.2d 905
 UNITED STATES of America, Plaintiff-Appellee,
v.
FRANKLIN PARISH SCHOOL BOARD et al., Defendants-Appellants,
State of Louisiana, Defendant-Intervenor-Appellant.
 No. 30477.
 United States Court of Appeals, Fifth Circuit.
 June 16, 1971.
 
 Appeal from the United States District Court for the Western District of Louisiana; Benjamin C. Dawkins, Chief Judge.
 John F. Ward, Jr., Baton Rouge, La., Rudolph McIntrye, Dist. Atty., Franklin Parish, Winnsboro, La., Jack P. F. Gremillion, Atty. Gen. of Louisiana, Victor A. Sachse, Baton Rouge, La., for defendants-appellants Eugene J. Murrett, Executive Counsel, Baton Rouge, La.
 John N. Mitchell, Atty. Gen., Jerris Leonard, Asst. Atty. Gen., Dept. of Justice, Washington, D. C., Donald E. Walter, U. S. Atty., Shreveport, La., Brian K. Landsberg, Edw. S. Christenbury, Attys., Dept. of Justice, Washington, D. C., David L. Norman, Deputy Asst. Atty. Gen., for plaintiff-appellee.
 Before GEWIN, GOLDBERG, and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966